# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MELINDA JORGENSEN,**  Plaintiff,  vs.  **UNITED STATES OF AMERICA,**  Defendant. | 8:11CV339  ORDER |

Upon notice of settlement given to the magistrate judge on January 18, 2013, by Paul D. Boeshart, attorney for the defendant,

**IT IS ORDERED that**:

1. **On or before March 19, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned judge, at *thalken@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The pretrial conference and trial previously scheduled are cancelled upon representation this case has settled.

Dated this 18th day of January, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge