IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELINDA JORGENSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 8:11CV339<br><br>MOTION AND STIPULATION<br>FOR DISMISSAL |

  COME NOW the Plaintiff and the Defendant and hereby move and stipulate that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

        UNITED STATES OF AMERICA,
        Defendant

        By: DEBORAH R. GILG
           United States Attorney
           District of Nebraska


        And: s/Paul D. Boeshart
           PAUL D. BOESHART, #10365
           Assistant U.S. Attorney
           487 Federal Building
           100 Centennial Mall North
           Lincoln, NE  68508-3865
           Ph:  (402) 437-5241
           Fax:  (402) 437-5390
           Email:  paul.boeshart@usdoj.gov

          MELINDA JORGENSEN,
          Plaintiff

By:   s/ John F. Carroll
      JOHN F. CARROLL, #23811
      STEVE WATSON, #16075
      WATSON & CARROLL, P.C., L.L.O.
      160 Centre Place
      2809 South 160th St., Suite 409
      Omaha, NE  68103
      Ph: (402) 991-2100
      Fax: (402) 991-2110
      john@watsoncarroll.com
      steve@watsoncarrol.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:  John F. Carroll, Esq., and Steven M. Watson, Esq., and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants:  None.

          s/ Paul D. Boeshart
          Assistant U.S. Attorney