# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELINDA JORGENSEN,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | 8:11CV339<br><br><br>ORDER |

This matter is before the court on the parties' Motion and Stipulation for Dismissal (Filing No. 60). The court finds that the parties' motion should be granted.

**IT IS ORDERED** that the parties' motion (Filing No. 60) is granted and this case is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees and complete record waived.

Dated this 5th day of March, 2013.

                                              BY THE COURT:

                                              s/ Thomas D. Thalken
                                              United States Magistrate Judge